IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | NO: 7:10-CR-013-O-KA |
| JESUS MANUEL PANDO-BERZOZA | § § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

JESUS MANUEL PANDO-BERZOZA, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 of the Indictment**. After cautioning and examining **JESUS MANUEL PANDO-BERZOZA** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of the offense. I therefore recommend that the plea of guilty be accepted and that **JESUS MANUEL PANDO-BERZOZA** be adjudged guilty of the offense and have sentence imposed accordingly.

Date: December 3, 2010

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).